**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS                    MASTER FILE NO. 12-MD-02311
ANTITRUST LITIGATION                        HON. MARIANNE O. BATTANI
_____

| | |
|---|---|
| In re: Instrument Panel Clusters | 2:12-cv-200 |
| In re: Fuel Senders | 2:12-cv-300 |
| In re: Heater Control Panels | 2:12-cv-400 |
| In re: Occupant Safety Systems | 2:12-cv-600 |

_____

THIS DOCUMENT RELATES TO:

All Plaintiffs
_____/

## SCHEDULING ORDER

     Before the Court is Defendants' Motion for Entry of Scheduling Order (Doc. No. 168 in 12-200; Doc. No. 130 in 12-300; and Doc. No. 135 in 12-400), asking the Court to enter deadlines for the close of discovery in four component part cases and set hearing dates for class certification motions. For the reasons stated on the record at the hearing held May 11, 2016, the **Court GRANTS** Defendants' request to set hearing dates for class certification motions. The Court **ENTERS** the following dates for filing class certification motions:

     Instrument Panel Clusters:  **Aug. 1, 2018**;

     Fuel Senders:  **Sept. 5, 2018**;

     Heater Control Panels:  **Oct. 3, 2018**;

     Occupant Safety Systems:  **Oct. 17, 2018**.

Further, the parties are instructed to discuss and submit discovery deadlines in light of these filing dates.

     IT IS SO ORDERED.

Date:  May 24, 2016                              s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on May 24, 2016.

                                                    s/ Kay Doaks
                                                    Case Manager